```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

MATTHEW MURRAY                                           PLAINTIFF

    V.                  Civil No. 09-6062

CPL. MCGHEE, et al.                                     DEFENDANTS

## J U D G M E N T

For the reasons set forth in the Order entered on September 6, 2011 (Doc. 56), Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court.  *See* Fed. R. Civ. P. 41(b).  **The parties have thirty days from entry of the Court's Order (Doc. 56) on the docket in which to appeal**.  *See* Fed. R. App. P. 4(a)(1)(A).

IT IS SO ORDERED this 20th day of September, 2011.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge